## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DENNIS W. HALLEMA,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>  Defendants. | Case No. 3:22-cv-00896-M |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending application of the Plaintiff Dennis W. Hallema. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dennis W. Hallema hereby voluntarily dismisses the instant action with prejudice. Each side to bear their own fees and costs.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC
10900 Manchester Rd., Suite 203
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ James. O. Hacking, III
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC